UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>GABINO MERCADO, et al.,<br><br>Defendants. | No. 1:22-cv-00278-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Plaintiff David Wayne Wilson is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motions seeking a preliminary injunction (Doc. Nos. 3, 4) be denied. (Doc. No. 14.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) On May 11, 2022, plaintiff filed objections to the findings and recommendations. (Doc. No. 16.) Therein, plaintiff offers no authority or substantive argument rebutting the magistrate judge's conclusion that this court lacks personal jurisdiction over defendants at this preliminary screening stage of this action; that the court cannot determine plaintiff's likelihood of

success on the merits; and that plaintiff has failed to demonstrate how irreparable injury is likely to occur in the absence of the issuance of an injunction. (Doc. No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 25, 2022 (Doc. No. 14) are adopted; and

2. Plaintiff's motions for a preliminary injunction (Doc. Nos. 3, 4) are denied.

IT IS SO ORDERED.

Dated: __**June 14, 2022**__            _____
                                         UNITED STATES DISTRICT JUDGE