1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      DAVID WAYNE WILSON,                          No.  1:22-cv-00278-DAD-SAB (PC)

12               Plaintiff,

13          v.                                       ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS
14      GABINO MERCADO, et al.,
                                                     (Doc. No. 18)
15               Defendants.

16

17          Plaintiff David Wayne Wilson is proceeding *pro se* in this civil rights action filed pursuant

18   to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 20, 2022, the assigned magistrate judge issued findings and recommendations,

21   recommending that this action proceed only on plaintiff's claim for unconstitutional conditions of

22   confinement brought against defendants Mercado and Taylor and plaintiff's claim for retaliation

23   brought against defendant Mercado.  (Doc. No. 18.)  Those findings and recommendations were

24   served on plaintiff and contained notice that any objections thereto were to be filed within

25   fourteen (14) days of service.  (*Id.*)  To date, no objections to the pending findings and

26   recommendations have been filed with the court and the time in which to do so has since passed.

27   /////

28   /////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 20, 2022 (Doc. No. 18) are adopted;

2. This action shall proceed only on plaintiff's unconstitutional conditions of confinement claim against defendants Mercado and Taylor and plaintiff's retaliation claim against defendant Mercado;

3. All other claims and defendants are dismissed from this action; and

4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 28, 2022**

UNITED STATES DISTRICT JUDGE

2