UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DAVID WAYNE WILSON, | Case No. 1:22-cv-00278-ADA-SAB (PC) |
|---|---|
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE DAVID WAYNE WILSON**, CDCR # K-66474 |
| v. | |
| GABINO MERCADO, et al., | DATE: February 14, 2023 |
| Defendants. | TIME:  9:30 a.m. |

**Inmate David Wayne Wilson, CDCR # K-66474**, a necessary and material witness on his behalf in a settlement conference on February 14, 2023, at 9:30 a.m., is confined at California Substance Abuse Treatment Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on February 14, 2023 at 9:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility:**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 13, 2023**



UNITED STATES MAGISTRATE JUDGE

