# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON, | Case No. 1:22-cv-00278-ADA-SAB (PC) |
| Plaintiff, | ORDER THAT INMATE DAVID WAYNE WILSON, CDCR #K-66474 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| GABINO MERCADO, et al., | |
| Defendants. | |
| | (ECF No. 36) |

A settlement conference in this matter commenced on February 14, 2023, inmate David Wayne Wilson, CDCR #K-66474, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 14, 2023**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE