# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>GABINO MERCADO, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00278-ADA-SAB (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO **APRIL 3, 2023, AT 9:30 A.M.** BEFORE MAGISTRATE JUDGE BARBARA A. McAULIFFE |

On February 14, 2023, a settlement conference was conducted. After productive settlement negotiations, the Court continued the settlement conference to **April 3, 2023**, at 9:30 a.m. As stated at the conference, Defendants shall submit a settlement conference statement on or before **March 27, 2023**. The Court will issue the necessary writ of habeas corpus ad testificandum for Plaintiff's appearance in due course.

IT IS SO ORDERED.

Dated: **February 14, 2023**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1