# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCADO, *et al.*,<br><br>　　　　Defendants. | Case No.  1:22-cv-00278-ADA-SAB (PC)<br><br>ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(ECF No. 46)<br><br>**Date:  May 30, 2023**<br>**Time:  9:30 a.m.** |

　　　　A video settlement conference in this matter is currently scheduled on April 3, 2023, at 9:30 a.m. before the undersigned.  (ECF No. 41.)

　　　　On March 27, 2023, Defendants filed a motion requesting that the settlement conference be continued by at least fourteen days.  (ECF No. 46.)  Defendants state that they are preparing for the upcoming settlement conference, but the prison is still currently in the process of accommodating Defendants' request for video footage necessary to verify Plaintiff's claims.  (*Id.*)

　　　　Although Plaintiff has not had an opportunity to file a response, the Court finds a response unnecessary.  Furthermore, the Court finds good cause to reschedule the settlement conference.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to continue the settlement conference, (ECF No. 46), is GRANTED;
2. The remote settlement conference will be continued to **May 30, 2023 at 9:30 a.m.**; and

1

3. Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **March 28, 2023**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE