# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GABINO MERCADO, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00278-ADA-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DAIVD WAYNE WILSON, CDCR #K-66474<br><br>(ECF No. 48) |

A settlement conference in this matter commenced on May 30, 2023. David Wayne Wilson, CDCR #K-66474 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **May 30, 2023**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

1