# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>GABINO MERCADO, et al.,<br><br>Defendants. | Case No. 1:22-cv-00278-ADA-SAB (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

On May 30, 2023, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 30, 2023**

UNITED STATES MAGISTRATE JUDGE

1