UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GABINO MERCADO, et al.,<br><br>    Defendants. | No. 1:22-cv-00278-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER<br><br>(ECF Nos. 42, 44) |

Plaintiff David Wayne Wilson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 7, 2023, the assigned Magistrate Judge issued findings and recommendations to deny Plaintiff's motion as it did not establish the requisite standards to issue a preliminary injunction—commonly referred to as a protective order. (ECF No. 42). The findings and recommendations reason that "Plaintiff has failed identify particular Defendants or particular upcoming events that could lead to irreparable injury to him." (*Id*. at 2.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*.) Plaintiff filed objections on March 23, 2023. (ECF No. 45.) In his objections, Plaintiff argued that his request for single cell status is to prevent further retaliation, however, he does not explain how single cell status will prevent

retaliation from Defendants Mercado and Taylor; instead, Plaintiff largely restates the claims of his petition. (*Id.*)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 7, 2023 (ECF No. 44), are adopted in full; and
2. Plaintiff's motion for a protective order (ECF No. 42) is denied.

IT IS SO ORDERED.

Dated: June 1, 2023

_____
UNITED STATES DISTRICT JUDGE